IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| THELMA WILLIAMS,<br>ADC # 93197 | * * * | |
| Plaintiff, | * * | |
| vs. | * * | No. 5:12CV00132 SWW |
| SGT. SANDES, ET AL., | * * | |
| Defendants. | * | |

## ORDER

Before the Court are plaintiff's motions for reconsideration of the Magistrate Judge's order denying plaintiff's motion to amend. The Court has reviewed plaintiff's motions as well as his affidavit and finds the motions should be denied. As the Magistrate Judge stated, if plaintiff pays the filing fee on or before May 30, 2012, and if he is allowed to proceed with this lawsuit, he may file another motion to amend his complaint at that time.

IT IS THEREFORE ORDERED that plaintiff's motions for reconsideration [docket entries 12 and 13] are denied.

DATED this 17th day of May, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE