# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**THELMA WILLIAMS, ADC #93197**                            **PLAINTIFF**

**V.**                  **No. 5:12CV00132 SWW-BD**

**SANDES,** *et al.*                                            **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 14th day of June, 2012.

                                           /s/Susan Webber Wright
                                           UNITED STATES DISTRICT JUDGE